05 MAY -4 PM 3:40
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| **RODERICK KELLY** | ) | **Civil No. 04-2409-M1** |
| **Defendant-Petitioner,** | ) | **Crim. No. 99-200071, 99-200072** |
| **v.** | ) | **Judge Julia S. Gibbons** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff-Respondent.** | ) | |

* * * * * * * * * * * * * * * *

**ORDER**

* * * * * * * * * * * * * * * *

Be it remembered, that the foregoing motion for appearance of counsel Pro Hoc Vice for Attorney Matthew M. Robinson, on behalf of the Petitioner Roderick Kelly was presented to the Court on 4 day of MAY, 2005 and it is hereby ORDERED that the Motion is hereby GRANTED / DENIED.

Signed and entered on this 4 day of MAY, 2005.

Jon P. McCalla
Honorable Judge Presiding



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02409 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Roderick D. Kelley
FCC-PETERSBURG
#14289-07
P.O. Box 90043
Petersburg, VA 23804

Matthew M. Robinson
ROBINSON & BRANDT, PSC
11331 Gooms Rd.
Ste. 3000
Cincinnati, OH 45242

Honorable Jon McCalla
US DISTRICT COURT